# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION

| | |
|---|---|
| TIMOTHY MICHAEL HESTON, )<br> )<br>      Plaintiff, )<br>v. )<br> )<br>WARREN COUNTY, etal )<br> )<br>      Defendants. )<br> )<br> )<br> ) | 1:20-cv-48-GNS<br><br>Hon. Judge Greg N. Stivers<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Having considered the Motion for Leave To Appear Pro Hac Vice filed August 20, 2020, and for good cause shown, the Court finds that said motion should be sustained and that Arthur Loevy should be and hereby admitted to practice in the United States District for Western District of Kentucky for purposes of this case only.

Greg N. Stivers, Chief Judge
United States District Court

August 24, 2020