**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**DIVISION at BOWLING GREEN**

**TIMOTHY MICHAEL HESTON**                                                    **PLAINTIFF**

v.                                                    CIVIL ACTION NO. 1:20-cv-00048-GNS

**WARREN COUNTY, KY, et al.**                                                    **DEFENDANTS**

---

**DEFENDANT ARTERBURN'S MOTION TO JOIN**
**THE NEWLY-ADDED DEFENDANTS' MOTION TO DISMISS**

---

Comes the Defendant, Brad Arterburn, in his individual capacity, by counsel, and moves the Court for an order allowing him to join in the Motion to Dismiss (DN 56) and Reply (DN 62) by the Defendants, Glenn Todd Dalton, Leslie T. Moses, David Craig Reed, Michael Rogers, Richard Sanders, Shelby Slone, and Darren Stapleton, in their individual capacities (hereinafter collectively referred to as "newly-added Defendants"). As the attached Exhibit 1 personnel records show, Defendant Arterburn's work address was not KSP Headquarters where the subpoena was delivered. (Exhibit 1 at pg. 4). Defendant Arterburn shares the same arguments as the other newly-added Defendants, and he would have been included in the motion but for the "clerical error" that resulted in the Plaintiff "fail[ing] to include him in the caption of the Amended Complaint" and not having a summons issued for him. (DN 59 Plaintiff's Motion to Issue Summons and Amend Caption).

Thus, Defendant Arterburn respectfully moves the Court to allow him to join in the newly-added Defendants' Motion to Dismiss (DN 56) and Reply (DN 62), as his

responsive pleading. Otherwise, Defendant Arterburn reserves his right to file a separate

responsive pleading and denies any allegation of wrongdoing.

Respectfully submitted,


/s/ Amber Arnett
Alea Amber Arnett
Department of Kentucky State Police
Legal Services Branch
919 Versailles Road
Frankfort, KY 40601
(502) 782-2163
Alea.Arnett@ky.gov
*Counsel for Brad Arterburn, Glenn Todd*
*Dalton, Leslie T. Moses, David Craig Reed,*
*Michael Rogers, Richard Sanders, Shelby*
*Slone, and Darren Stapleton, in their*
*individual capacities*

CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2023, I electronically filed this document with the clerk of the court by using the CM/ECF System, which will provide service to the following CM/ECF participants:

Amy Robinson Staples, Esq.
LOEVY & LOEVY
*18 Village Plaza, PMB 181
Shelbyville, KY 40065
amy@loevy.com
*Attorneys for Plaintiff Timothy Michael Heston*

Jon Loevy, Esq.
Mike Kanovitz, Esq.
Elliot Slosar, Esq.
Margaret Campbell, Esq.
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
jon@loevy.com
mike@loevy.com
elliot@loevy.com
Campbell@loevy.com
*Attorneys for Plaintiff Timothy Michael Heston*

Christian Matthew Feltner, Esq.
CALDWELL & FELTNER LAW
OFFICES, PLLC
P.O. Box 3073
London, KY 40743
606.521.7043
mattfeltner@kcmmlaw.com
*Attorney for Defendant Tucker*

Aaron D. Smith, Esq.
Charles E. English, Jr., Esq.
John A. Sowell, Esq.
ENGLISH, LUCAS, PRIEST &
OWSLEY, LLP
1101 College Street
Bowling Green, KY 42102
270.781.6500
asmith@elpolaw.com
cenglish@elpolaw.com
jsowell@elpolaw.com
*Attorneys for Defendants Warren County, Melissa Causey & Andrew Cooper*

/s/ Amber Arnett
Alea Amber Arnett

3