

Andy Beshear
Governor

Kerry Harvey
Justice and Public Safety Cabinet
Secretary

## KENTUCKY STATE POLICE
919 VERSAILLES ROAD
FRANKFORT, KY 40601
Phone: (502) 782-1800
www.kentuckystatepolice.org

Phillip J. Burnett, Jr.
Commissioner

## RECORDS CUSTODIAN CERTIFICATION

Document Description:    Personnel Action Notification and work address verification

No. of pages:    Three (3)

The undersigned, under oath subject to the penalty of perjury, certifies as follows:

The copies of records for which this certification is made are true and complete reproductions of the original personnel records of the Department of Kentucky State Police for Bradley Arterburn consisting of a Personnel Action Notification, Personnel Order and Position Number Change. The original records are housed at the Department of Kentucky State Police headquarters and were made in the regular course of business, and it was the regular course of Human Resources personnel to make and/or retain such records at or near the time of the matter recorded.

This certification is given pursuant to FRE 803(6), FRE 902(11), and FCRP 44 by the custodian of the records for the above named government agency in lieu of personal appearance.

Stephanie Dawson – w/permission
Lauren Lewis

Stephanie Dawson
Records Custodian

COMMONWEALTH OF KENTUCKY    )
COUNTY OF FRANKLIN                        )

Subscribed and sworn to me by _Lauren Lewis_, this the 3rd day of

_April_ 2023.

My commission expires _2-20-2027_

Notary Public
# KYNP65512

PAN-0901



Personnel Action Notification

Bradley M Arterburn

███████████████

Employee ID: ████

Personnel ID: ████
BRADLEY.ARTERBURN@KY.GOV
Agency Code:    54520
Cabinet: Justice & Public Safety Cabinet
Agency: Kentucky State Police
Office: Office of Technical Services

Dear Bradley Arterburn,

Upon the recommendation of your appointing authority, on June 01, 2020 the Personnel Cabinet processed the following action(s) in KHRIS:

| Start Date | Action Type |
| --- | --- |
| June 01, 2020 | Z9 Change in Pay - 10 Salary Adj |

| FROM | | TO | |
| --- | --- | --- | --- |
| Job Id: | 20000017 | Job Id: | 20000017 |
| Job Title: | Police Captain -CH16 | Job Title: | Police Captain -CH16 |
| Pos Id: | 30035615 | Pos Id: | 30035615 |
| Salary: | 5,123.98 | Salary: | 5,305.96 |
| Org Id: | 10202284 | Org Id: | 10202284 |
| Org Unit: | Criminal ID and Records Branch | Org Unit: | Criminal ID and Records Branch |
| Pay Grade: | 65 | Pay Grade: | 65 |
| Work County: | 037 | Work County: | 037 |

Remarks:

* If any of the above information is incorrect, please contact your agency human resources office.

JUSTICE & PUBLIC SAFETY CABINET
Department of State Police

Frankfort

24 February 2020

Personnel Order

No...…...........069

Effective March 1, 2020, the following are hereby transferred as indicated:

Captain Chadwick B. Mills, Unit #28, Critical Incident Response Team, to Post 6, Dry Ridge.

Captain Christopher D. Steward, Unit #20, Post 6, Dry Ridge to the Internal Affairs Branch.

Captain Bradley M. Arterburn, Unit #12, Internal Affairs Branch to the Criminal Identification and Records Branch.

Captain John S. Felber, Unit #38, Criminal Identification and Records Branch to Inspections and Evaluations Branch.

They shall report for further instructions as indicated by the chain of command.

BY ORDER OF COMMISSIONER
RODNEY W. BREWER

s/Pete Peterson
Human Resources Manager

Reference Number: 366269



# Personnel Cabinet
## Position Number Change - Internal

First Name: Bradley        Middle Name: M        Personnel Number: ▮▮▮▮

SSN: ▮▮▮▮        Pay Grade: 65        Last Name: Arterburn

Pref. Name:

Org Unit: 10202173    54520        Work County: Franklin

Position: 30037324    00460V160716

Action Reason: TWI Vol        Effective Date: Mar 1, 2020

New Position | 30035615 |        ☐ Overlap        COS Requisition #: | NA |

Work Address:

Address 1: | Criminal ID & Records Branch |        Address 2: | 1266 Louisville Rd |

City: | Frankfort |        State: | KY |        Zip Code: | 40601 |

County: Franklin

Default Work Schedule | 1M-F8.00 |        Actual Work Schedule    40HR 24/7

Shift Premium Indicator | 10 |        Overtime Status | C |

Pay Type | 02 |        Pay Area | 04 |        Pay Grade | 65 |

Pay Amount | 5,123.980 |        Actual Pay Amount | 5123.98 |

Work Area Tax | KY20 | Frankfort        Check Distribution Code | JP3CIR |

Retirement Code | SPRS |

Original Hire Date | Jan 4, 2009 |        Current Hire Date | Jan 4, 2009 |

Remarks:  POSITION TO BE VACANT 3/1/20