IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| TIMOTHY MICHAEL HESTON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:20-CV-48-GNS |
| | ) JUDGE GREG N. STIVERS |
| WARREN COUNTY, ET AL | ) MAG. H. BRENT BRENNENSTUHL |
| Defendants. | ) |

## AGREED ORDER

Upon Motion of the parties, by counsel, and this Court being sufficiently advised; the Parties' Joint Motion to Extend Discovery Schedule is hereby **GRANTED** in the following respects:

1. **Discovery Plan**.

    a. Plaintiff's disclosures from retained experts under Rule 26(a)(2) due January 29, 2024.

    b. Defendants' expert disclosures due April 28, 2024.

    c. Expert depositions to be completed by July 12, 2024.

2. **Dispositive Motions**. All potentially dispositive motions and *Daubert* motions are due no later than July 27, 2024.

    a. The parties shall have 45 days to respond.

    b. The parties shall have 30 days to reply.

3. **Plaintiff's Deposition.** If Plaintiff intends to testify at trial, he shall submit for a deposition no later than 120 days prior to trial. Defendants may thereafter supplement their expert disclosures, based on Plaintiff's deposition testimony alone, if necessary.

*H. Brent Brennenstuhl*
H. Brent Brennenstuhl
United States Magistrate Judge

November 21, 2023