UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:20-cv-48-GNS

**ELECTRONICALLY FILED**

|  |  |
|---|---|
| TIMOTHY MICHAEL HESTON | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| AARON TUCKER, et. al. | ) |
|  | ) |
| Defendants. | ) |

**RULE 26(2)(B) NON-RETAINED EXPERT DISCLOSURES**

Defendant, Aaron Tucker, submits the following Non-Retained Expert Disclosures in Compliance with the Court's Orders and agreement of the Parties:

Kyle Nall will testify to his education, training, and experience. In relation to his <u>education</u>, he will testify he obtained an Associate of Arts degree from West Kentucky Community and Technical College studying Psychology and Criminal Justice. He obtained his Bachelors Degree in Criminal Justice from Tiffin University (Magna Cum Laude). Kyle Nall will testify he received his Masters of Science Degree in Organizational Leadership from the Indiana Institute of Technology. He was the Valedictorian of the 137th Administrative Officers Course at the University of Louisville's Southern Police Institute. He will testify to his ongoing and never-ending education, including classes taken through continuing education (in-service) and others as found in the attachments to this filing and his deposition testimony *(Exhibit 1 – Training Records) (Exhibit 2 – Resume)*.

Kyle Nall will testify to his extensive <u>training</u> in the realm of use of force including Krav Maga, ASP and others as discussed in his deposition in this matter and those submitted through the aforementioned Exhibits *(see Exhibit 1, Exhibit 2)*. He will testify to his training, education and experience in the realm of mental health and drug intoxication. Kyle Nall has training through Force Science Institute in relation to body camera including the limitations of digital videos. He will also testify to his certifications as a police instructor with the Kentucky Law

Enforcement Council.

Kyle Nall will testify to his <u>experience</u> as a dispatcher (2.5 years), Kentucky State Trooper (2005-2010), Detective 2010-2014), Squad Sergeant (1 year), Detective Sergeant (1 year) Post Level Lieutenant (2016-2017), Academy Commander with the Kentucky State Police, Captain with the Kentucky State Police and Lieutenant Colonel. He will testify to his extensive experience reviewing use of force investigations. Kyle Nall will testify he was the final review for around 3 years for cadet background reviews. Kyle Nall will testify to the awards he has received through his years in relation to law enforcement and his education, training and experience.

Kyle Nall will testify he was the Commander of the Kentucky State Police Academy at the time Aaron Tucker was trained at the Academy and at the time of the use of force involving Aaron Tucker and the Plaintiff in this matter. Kyle Nall will testify to the short length of time Aaron Tucker had been out of the Academy and how long before the incident he had completed FTO training.

Kyle Nall will testify he was asked to review the incident between Aaron Tucker and the Plaintiff as it relates to training at the Academy. He will testify to the fact that the KSP Academy teaches use of force techniques for handcuffed individuals. He will testify to training and experience as to investigating the totality of the circumstances including the limitations of photos, camera footage and videos.

Kyle Nall will render several opinions at the trial in this matter relating to the interactions between Aaron Tucker and the Plaintiff and his investigation and report into this matter. His opinions are based on his education, training, experience, the investigation(s) into this matter, videos of the interactions, reports, statements, applicable evidence found in the record of this action, the expert report of the Jim Griffin, attachments/cites in Jim Griffins report, policy, procedure, and training. Kyle Nall was asked to render certain findings, opinions or otherwise as a part of his job duties with the Kentucky State Police. Below are opinions he has already rendered or will render in relation hereto:

- Aaron Tucker's initial stop of the Plaintiff in this action was consistent with his training and KSP Policy and Procedure.

- According to the investigation and statements from Aaron Tucker, Plaintiff exhibited tendencies that were violent in nature.

- Aaron Tucker's arrest of the Plaintiff was consistent with KSP policy, procedure and training.

- Portions of the interactions between Aaron Tucker and the Plaintiff are not verifiable through the recordings at the jail due to the quality and/or limitations of the video of the interactions.

- Aaron Tucker was not provided training for the specific situation involving the Plaintiff at the jail.

- Aaron Tucker's actions were not malicious and/or in bad faith as discussed in Kyle Nall's deposition.

- Aaron Tucker would probably not have been terminated if he was past his probationary period.

- Many actions, signs symptoms of drug intoxication can also be the same or similar as those seen with mental health issues.

- Kyle Nall will testify to the opinions found in the Memorandum he authored in relation to the arrest of the Plaintiff and Aaron Tucker's interactions with Plaintiff *(Exhibit #3)*.

- Kyle Nall will also render opinions as found in his deposition testimony including the rationale as articulated in his deposition.

Respectfully Submitted,

/s/Matt Feltner
Matt Feltner
Caldwell & Feltner Law Offices, PLLC
P.O. Box 3073
London, KY 40743
Ph: (606) 672-1924
Fax: (606) 672-1968
Direct: (859) 391-1377
mattfeltner@msn.com

CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2024, I served the foregoing on all counsel of record via electronic service.

/s/Matt Feltner
Counsel for Defendant, Aaron Tucker

4

Case 1:20-cv-00048-GNS-HBB   Document 81   Filed 05/07/24   Page 4 of 4 PageID #: 981