Kyle Joseph Nall          Kentucky State Police
DOB: 6/24/1982            Commander, Health & Wellness Branch

- **Command Leadership Institute**
  - Date: 01/29/2024 - 02/02/2024
  - Duration: 28 hours
  - Institution: FBI LEEDA - Lexington PD

- **Supervisor Leadership Institute**
  - Date: 12/18/2023 - 12/22/2023
  - Duration: 28 hours
  - Institution: FBI LEEDA - Lexington PD

- **Drug Investigative Techniques**
  - Date: 11/28/2022 - 12/02/2022
  - Duration: 40 hours
  - Institution: DOCJT - Law Enforcement

- **HB298 Online Emergency Vehicle Operations**
  - Date: 05/01/2022 - 05/14/2022
  - Duration: 8 hours
  - Institution: Online

- **KLEC Approved College Credit**
  - Date: 04/30/2021
  - Duration: 40 hours
  - Institution: Indiana Tech University

- **Ethical Policing in Contemporary Times**
  - Date: 09/27/2020 - 10/04/2020
  - Duration: 8 hours
  - Institution: DOCJT - Law Enforcement

- **The 5 Pillars of KSP Leadership**
  - Date: 11/04/2019 - 11/08/2019
  - Duration: 40 hours
  - Institution: Kentucky State Police

- **Basic .223 Patrol Rifle Basic Training**
  - Date: 09/24/2019 - 09/27/2019
  - Duration: 34 hours
  - Institution: Kentucky State Police

- **Mandatory Day 2019**
  - Date: 03/15/2019
  - Duration: 8 hours
  - Institution: Kentucky State Police

- **Taser X2 Recertification**
  - Date: 12/12/2018
  - Duration: 4 hours
  - Institution: Kentucky State Police

- **Law Enforcement Instructor Development**
  - Date: 02/19/2018 - 03/02/2018
  - Duration: 80 hours
  - Institution: DOCJT

- **Taser X2 Recertification**
  - Date: 11/20/2017
  - Duration: 4 hours
  - Institution: Kentucky State Police

- **Terrorism Tactics Techniques & Procedures**
  - Date: 08/28/2017 - 09/01/2017
  - Duration: 40 hours
  - Institution: DOCJT

- **Administrative Officers Course**
  - Date: 02/13/2017 - 05/12/2017
  - Duration: 480 hours
  - Institution: University of Louisville, Southern Police Institute

- **Mandatory Day - 2015**
  - Date: 05/18/2016
  - Duration: 8 hours
  - Institution: Kentucky State Police

- **Breath Test Operator Recertification**
  - Date: 04/18/2016 - 04/22/2016
  - Duration: 4 hours
  - Institution: DOCJT

- **Investigating Trooper/Officer Involved Shootings & In-Custody Deaths**
  - Date: 04/21/2016
  - Duration: 32 hours
  - Institution: Kentucky State Police

- **Life Saving Skills for the Patrol Officer**
  - Date: 12/10/2015
  - Duration: 8 hours
  - Institution: Kentucky State Police

- **Breath Test Operator Recertification**
  - Date: 03/02/2015 - 03/06/2015
  - Duration: 4 hours
  - Institution: DOCJT

- **Situational Leadership for Supervisors & Managers**
  - Date: 01/27/2015 - 01/30/2015
  - Duration: 32 hours
  - Institution: DOCJT

- **Mandatory Day - 2014**
  - Date: 07/01/2014
  - Duration: 8 hours
  - Institution: Kentucky State Police

- **Breath Test Operator Recertification**
  - Date: 04/21/2014 - 04/25/2014
  - Duration: 4 hours
  - Institution: DOCJT

- **The 5 Pillars Of KSP Leadership**
  - Date: 04/11/2014
  - Duration: 40 hours
  - Institution: Kentucky State Police

- **Robbery-Sexual Assault**
  - Date: 08/05/2013 - 08/09/2013
  - Duration: 40 hours
  - Institution: DOCJT

- **Mandatory Day - 2013**
  - Date: 05/13/2013
  - Duration: 8 hours
  - Institution: Kentucky State Police

- **Breath Test Operator Recertification**
  - Date: 04/09/2012
  - Duration: 4 hours
  - Institution: DOCJT

- **Reid Technique of Interviewing & Interrogation**
  - Date: 01/20/2012 - 1/24/2012
  - Duration: 24 hours
  - Institution: Kentucky State Police

- **Mandatory Day - 2012**
  - Date: 01/16/2012
  - Duration: 8 hours
  - Institution: Kentucky State Police

- **Mandatory Day - 2011**
  - Date: 12/12/2011
  - Duration: 8 hours
  - Institution: Kentucky State Police

- **Crime Scene Investigation**
  - Date: 11/18/2011
  - Duration: 32 hours
  - Institution: Kentucky State Police

- **How LE Interfaces With Child Abuse & Neglect**
  - Date: 09/13/2011
  - Duration: 11 hours
  - Institution: Lexington, Prevent Child Abuse Kentucky

- **Homicide Investigative Techniques**
  - Date: 08/15/2011 - 08/19/2011
  - Duration: 40 hours
  - Institution: DOCJT

- **Sex Crimes Investigation**
  - Date: 03/14/2011 - 03/18/2011
  - Duration: 40 hours
  - Institution: DOCJT

- **General - In-Service - 2010**
  - Date: 12/03/2010
  - Duration: 32 hours
  - Institution: Kentucky State Police

- **Mandatory Day - 2010**
  - Date: 08/09/2010
  - Duration: 8 hours
  - Institution: Kentucky State Police

- **Breath Test Operator Recertification**
  - Date: 06/14/2010
  - Duration: 4 hours
  - Institution: DOCJT

- **LE MDT Recertification**
  - Date: 04/12/2010 - 04/16/2010
  - Duration: 2 hours
  - Institution: Online

- **Work Zone Safety - Commercial Vehicle Enforcement Overview**
  - Date: 08/21/2009
  - Duration: 8 hours
  - Institution: Kentucky State Police

- **LE Mobile Data Terminal Access**
  - Date: 06/08/2009 - 06/12/2009
  - Duration: 8 hours
  - Institution: Online

- **Field Training Officer**
  - Date: 05/07/2009
  - Duration: 32 hours
  - Institution: Kentucky State Police

- **Crisis Intervention Team Training for KY LE**
  - Date: 11/10/2008 - 11/14/2008
  - Duration: 40 hours
  - Institution: Lexington Police Department

- **Taser X26 - User Certification**
  - Date: 08/27/2008
  - Duration: 10 hours
  - Institution: Kentucky State Police

- **Drug Recognition Expert Recertification**
  - Date: 06/30/2008
  - Duration: 8 hours
  - Institution: DOCJT

- **Breath Test Operator Recertification**
  - Date: 05/12/2008
  - Duration: 4 hours
  - Institution: DOCJT

- **Health & Defensive Tactics**
  - Date: 05/08/2008
  - Duration: 8 hours
  - Institution: Kentucky State Police

- **Responding To Active Shooter**
  - Date: 05/09/2008 - 05/12/2008
  - Duration: 32 hours
  - Institution: Kentucky State Police

- **Breath Test Operator Recertification**
  - Date: 10/29/2007
  - Duration: 4 hours
  - Institution: DOCJT

- **Officer Response To Ambush**
  - Date: 03/23/2007
  - Duration: 32 hours
  - Institution: Kentucky State Police

- **Ethical Expectations of the Kentucky State Police**
  - Date: 03/19/2007
  - Duration: 8 hours
  - Institution: Kentucky State Police

- **Drug Evaluation & Classification Training**
  - Date: 09/07/2006 - 09/15/2006
  - Duration: 56 hours
  - Institution: DOCJT

- **Preliminary Training For Drug Evaluation & Classification**
  - Date: 09/05/2006 - 09/06/2006
  - Duration: 16 hours
  - Institution: DOCJT

- **Kentucky Homeland Security**
  - Date: 03/06/2006 - 03/10/2006
  - Duration: 40 hours
  - Institution: Kentucky State Police

- **LE Mobile Data Terminal Access**
  - Date: 11/08/2005
  - Duration: 0 hours
  - Institution: Kentucky State Police

- **Breath Test Operator - Basic**
  - Date: 09/26/2005 - 09/30/2005
  - Duration: 0 hours
  - Institution: DOCJT

- **Crisis Negotiations**
  - Date: 04/20/2005
  - Duration: 8 hours
  - Institution: TELE-BASIC

- **CJIS - Full Access - In-Service**
  - Date: 04/05/2005
  - Duration: 8 hours
  - Institution: CJIS

- **Telecommunicator's Response to a Mass Casualty Incident**
  - Date: 09/22/2004
  - Duration: 8 hours
  - Institution: Tele-Advanced

- **Telecommunications Academy**
  - Date: 01/06/2003 - 01/31/2003
  - Duration: 160 hours
  - Institution: Tele-Basic