

EXHIBIT #2

# Kyle J. Nall

1465 Jackson School Road, Benton, KY 42025 | 270-556-4876 | kyle.nall@ky.gov
Kentucky State Police Headquarters | Captain | 919 Versailles Road, Frankfort, KY 40601

## Education

**INDIANA INSTITUTE OF TECHNOLOGY | JUNE 2021 | MASTERS OF SCIENCE**
- Major: Organizational Leadership
- GPA: 4.0

**UNIVERSITY OF LOUISVILLE – SOUTHERN POLICE INSTITUTE | 2017**
- 137th Administrative Officers Course: 12 Graduate Credit Hours
- Valedictorian: Director's Award for Academic Excellence in the Graduate Program
- Vice President

**TIFFIN UNIVERSITY | MAY 2013 | BACHELORS OF CRIMINAL JUSTICE**
- Major: Justice Administration
- GPA: 3.95 Magna Cum Laude

**WEST KENTUCKY COMMUNITY AND TECHICAL COLLEGE | MAY 2004 | ASSOCIATE OF ARTS**
- Relevant Coursework: General Education Requirements, Criminal Justice, and Psychology
- GPA: 3.75

## Skills & Abilities

**KENTUCKY LAW ENFORCEMENT COUNCIL CERTIFIED INSTRUCTOR**
- Certified to teach KLEC courses in the following areas:
    - Criminalistics: Basic Crime Scene Management and Advanced Crime Scene Management
    - Patrol
    - Criminal Investigations
    - Health and Wellness
    - Leadership

**CROSSFIT LEVEL 1 TRAINER**
- Certificate Course: Affiliate holder for Kentucky State Police Academy: "Thin Gray Line CrossFit"
- This course equipped me to teach all of the modalities of CrossFit

**LEADERSHIP**
- Kentucky Law Enforcement Council Member – Representative for Kentucky State Police
- Curriculum Committee Member – Review and Approve Curricula for Kentucky Training Academies
- Vice President of KSPPA – Chapter 1
- State Police and Provincial Academy Directors Association Member
- Deacon of Wingo Old Cumberland Presbyterian Church
- Holds Leadership Instructor Certification with the Kentucky Law Enforcement Council.

## Experience

### CAPTAIN | HEALTH & WELLNESS COMMANDER | JULY 2023 – PRESENT
- Oversee and manage the Employee Assistance Program, as well as create instructional materials for employees on managing health and wellness during a career in law enforcement. In addition to these duties, I also develop training and instructional materials for leadership courses for both civilian and sworn personnel.

### LIEUTENANT COLONEL | EXECUTIVE DIRECTOR | APRIL 2020 – JULY 2023
- Oversee and manage the Office of Administrative Services. This executive level position is responsible for the functions involved with the following branches: Budget Branch, Strategic Planning Branch, Recruitment Branch, Internal Affairs Branch, Academy Branch, Public Affairs Branch, Employee Assistance Branch, Supply Branch, Finance and Grant Management Branch, and Security Branch.

### CAPTAIN | POST 1 COMMANDER | NOVEMBER 2019 – APRIL 2020
- Oversee and manage the operational and administrative functions of Post 1. This specific operational post is tasked with the responsibility of criminal investigations, highway safety, emergency telecommunications services, and public education for the 11 most-western counties of the Commonwealth of Kentucky.

### ADJUNCT INSTRUCTOR | KCTCS | AUGUST 2018 – PRESENT
- As an adjunct instructor at Bluegrass Community and Technical College, I have instructed numerous semesters of the online version of CRJ204 Introduction to Criminal Investigations. In this experience, I have also managed to familiarize myself with Blackboard, Starfish, Cengage MindTap, and other software programs associated with online instruction.

### ACADEMY COMMANDER | ACADEMY BRANCH | OCTOBER 2017 – NOVEMBER 2019
- Oversee and manage the Kentucky State Police Training Academy. This Academy is tasked with the responsibility of training all newly-hired telecommunications personnel and sworn personnel within the ranks of the Kentucky State Police. We also offer in-service and specialized training to those already certified in their chosen career path.

### LIEUTENANT | KENTUCKY STATE POLICE, POST 1 | SEPTEMBER 2016 – OCTOBER 2017
- Responsible for leading and managing approximately 75 personnel members under my command. As the Assistant Post Commander, I held responsibilities in both Operations and Investigations. I was specifically responsible for all major criminal investigation in the post district, supervising telecommunications personnel in the busiest Kentucky State Police Communications Center in the Commonwealth, and maintaining/scheduling adequate patrol coverage for the 11 most-western counties in the Commonwealth.

**SERGEANT | KENTUCKY STATE POLICE, POST 1 | OCTOBER 2014 – SEPTEMBER 2016**
- In this rank, I held multiple positions with important functions. I was a Squad Sergeant from October 2014 until September 2015. During this time, I was also the Post 1 Field Training Officer Coordinator. During my tenure as FTO Coordinator, I was responsible for approximately 20 sworn personnel, 12 of which were probationary. In September 2015, I transitioned to Detective Sergeant. At this time, I became responsible for supervising the General Detectives, Streel-Level Drug Detectives, ICAC Detective, and Arson Investigator. I maintained my FTO Coordinator responsibilities following the transition.

**DETECTIVE | KENTUCKY STATE POLICE, POST 1 | OCTOBER 2010 – OCTOBER 2014**
- As a Detective, I was responsible for conducting complex and high-profile investigations across the criminal spectrum. I regularly performed investigative acts in response to complaints, including: evidence collection, interview and interrogation, report narration, and presentation of conclusions to prosecutors and juries. I served as the lead investigator in cases yielding successful convictions in homicide, rape, robbery, large-scale theft/embezzlement, and possession of child pornography cases.

**TROOPER | KENTUCKY STATE POLICE, POST 1 | DECEMBER 2005 – OCTOBER 2010**
- As a Trooper, I was responsible for conducting patrol duties, including: highway safety initiatives, criminal complaint response, misdemeanant and felonious criminal investigations, collision investigations, community programs, and other details as assigned by my chain-of-command.

**TELECOMMUNICATOR | KENTUCKY STATE POLICE, POST 1 | NOVEMBER 2002 – JULY 2005**
- As a Telecommunicator, I was responsible for answering 911 calls in seven of the eleven Post 1 counties, creating and updating Computer-Aided Dispatch entries and Communications Logs, officer safety initiatives, and administrative duties as assigned by my chain-of-command. I attained and maintained certification as a Telecommunicator and Emergency Medical Dispatcher.

## Awards
IACP TOP 40 UNDER 40 IN LAW ENFORCEMENT | 2019
PHYSICAL FITNESS AWARD | 2011 - PRESENT
TROOPER OF THE YEAR | 2009
COMMISSIONER'S COMMENDATION | 2009
MURRAY-CALLOWAY COUNTY PEACE OFFICER OF THE YEAR |2009
CONGRESSIONAL EXEMPLARY SERVICE AWARD (SENATE) | 2009
CONGRESSIONAL EXEMPLARY SERVICE AWARD (HOUSE) | 2009
CERTIFICATE OF EXCELLENCE (CIVILIAN) | 2004