IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| TIMOTHY MICHAEL HESTON, )<br>)<br>PLAINTIFF )<br>)<br>V. )<br>)<br>)<br>WARREN COUNTY, et al; )<br>)<br>DEFENDANTS. ) | CASE NO.  1:20-CV-48-GNS<br><br>Judge Greg N. Stivers<br><br>Mag. H. Brent Brennenstuhl |

**ORDER EXTENDING DEADLINE FOR FILING *DAUBERT*
MOTIONS**

Upon motion of the Plaintiff and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED the deadline for filing *Daubert* motions is extended to August 2, 2024.

*/s/ H. Brent Brennenstuhl*

H. Brent Brennenstuhl
United States Magistrate Judge

July 26, 2024