# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| ROBERT YELL, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | Case No.: 1:20-CV-00047-GNS-HBB |
| ) | |
| THE CITY OF RUSSELLVILLE, et al., ) | |
| ) | |
| DEFENDANTS. ) | |

## NOTICE OF PRO HAC VICE RENEWAL FEE

PLEASE TAKE NOTICE that attorney Arthur Loevy has remitted payment of the required $150.00 pro hac vice renewal fee as required by General Order 23-11 with the Clerk of Courts for the Western District of Kentucky in this matter.

Respectfully submitted,

/s/ Arthur Loevy

Arthur Loevy
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, Illinois  60607
(312) 243-5900
(312) 243-5902

## **CERTIFICATE OF SERVICE**

      I, Arthur Loevy, hereby certify that on August 7, 2024, I filed the foregoing Notice via the Court's CM/ECF filing system, thereby causing a copy of the forgoing to be served on all Counsel of Record.

                                                                 /s/ Arthur Loevy