UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:20-CV-00048-GNS-HBB

TIMOTHY MICHAEL HESTON                                                                   PLAINTIFF

v.

WARREN COUNTY, KENTUCKY et al.                                                      DEFENDANTS

## ORDER

This matter is before the Court on numerous pending motions (DN 84, 85, 86, 92, 93, 94, 112, 119). The parties have agreed to participate in a settlement conference to discuss the potential resolution of the claims in this matter.

Accordingly, **IT IS HEREBY ORDERED** that the pending motions (DN 84, 85, 86, 92, 93, 94, 112, 119) are **ADMINISTRATIVELY REMANDED**, to be reinstated following the settlement conference.

Greg N. Stivers, Chief Judge
United States District Court

March 27, 2025

cc:     counsel of record