UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:20-CV-00048-GNS-HBB

TIMOTHY MICHAEL HESTON                                                                      PLAINTIFF

v.

WARREN COUNTY, KENTUCKY et al.                                                          DEFENDANTS

## ORDER

The Court having previously administratively remanded the parties' motions (DN 84, 85, 86, 92, 93, 94, 112, 119) due to a settlement conference, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that parties' motions (DN 84, 85, 86, 92, 93, 94, 112, 119) are **ADMINISTRATIVELY REINSTATED** to the Court's docket.

Greg N. Stivers, Chief Judge
United States District Court

August 22, 2025

cc:  counsel of record