IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| TIMOTHY MICHAEL HESTON, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| V. ) | CASE NO. 1:20-CV-48-GNS |
| ) | |
| ) | Hon. Chief Judge Greg N. Stivers |
| WARREN COUNTY, et al; ) | |
| ) | Hon. Mag. H. Brent Brennenstuhl |
| DEFENDANTS. ) | |

**CORRECTED STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their responsive attorneys of record, that this matter has been settled by the Plaintiff and Warren County, Melissa Causey, and Andrew Cooper ("Warren County Defendants) through their attorneys and, therefore, all claims related to the Warren County Defendants should be dismissed without prejudice, to be automatically converted dismissal with prejudice (30) days from the entry of the Court's Order, unless a party has moved to extend this date prior to the expiration of the seventy-five (30) days. Each side shall bear its own costs and attorneys' fees.

DATED: November 4, 2025                              RESPECTFULLY SUBMITTED,

                                                                                      s/ Elliot Slosar
                                                                                      Elliot Slosar
                                                                                      Loevy & Loevy
                                                                                      311 N. Aberdeen, 3rd Fl
                                                                                      Chicago, IL 60607
                                                                                      312-243-5900

<u>s/ Amy Robinson Staples</u>
Amy Robinson Staples
LOEVY &amp; LOEVY
*18 Village Plaza, PMB 181
Shelbyville, KY 40065
amy@loevy.com
*local address
*Attorneys for Plaintiff Timothy Michael Heston*


<u>s/*Aaron D. Smith, with permission*</u>
Aaron D. Smith, Esq.
Charles E. English, Jr., Esq.
John A. Sowell, Esq.
ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College Street
Bowling Green, KY 42102
270.781.6500
asmith@elpolaw.com
cenglish@elpolaw.com
jsowell@elpolaw.com

*Attorneys for Defendants Warren County, Melissa Causey & Andrew Cooper*

2

## CERTIFICATE OF SERVICE

    I, Elliot Slosar, an attorney, hereby certify that on November 4, 2025 I filed the foregoing motion via the Court's CM/ECF System and thereby served a copy on all counsel of record.

                                                */s/ Elliot Slosar*
                                                One of Plaintiff's Attorneys