**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

---

| | | |
|---|---|---|
| **TIMOTHY MICHAEL HESTON** | : | |
| **PLAINTIFF** | : | |
| | : | **Civil Action No. 1:20CV-00048-GNS-HBB** |
| v. | : | JUDGE GREG N. STIVERS |
| **WARREN COUNTY, KENTUCKY, et al.** | : | |
| **DEFENDANTS** | : | |

---

# ORDER

The Plaintiff and Defendant Aaron Tucker having filed a “Stipulation of Dismissal” (DN 169) as to the remaining claims;

IT IS HEREBY ORDERED this case is dismissed with prejudice. This is a final and appealable order.

**Greg N. Stivers, Judge**
**United States District Court**
November 10, 2026

Copies to: Counsel of record